FILED'10 MAY 21 8:15USDC-ORM

**DWIGHT C. HOLTON, OSB #090540**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #050206**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Tel.: (503) 727-1003
Fax: (503) 727-1117
adrian.brown@usdoj.gov

**LISA GOLDOFTAS**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900  M/S 901
Seattle, WA  98104-7075
Tel.: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

Of Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **PEGGY MINK,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL ASTRUE,**<br>**Commissioner of Social Security,**<br><br>**Defendant.** | Civil No. 1:09-cv-582-CL<br><br><br><br>**ORDER AND JUDGMENT OF REMAND** |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to

Page 1        ORDER AND JUDGMENT OF REMAND - [1:09-CV-582-CL]

sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall remand this case to an Administrative Law Judge (ALJ) to hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) further evaluate the medical source opinions, including the opinions of Christopher Komanapelli, M.D.; Caleb Burns, Ph.D.; Alfredo J. Soto, M.D., Barry E. Egener, M.D.; and State Agency medical consultants; (2) reevaluate the lay witness testimony of David Nordine; (3) clarify which findings in the prior ALJ decision are adopted in accordance with *Chavez v. Bowen*, 844 F.2d 691 (9th Cir. 1988) and Acquiescence Ruling 97-4(9); (4) reevaluate Plaintiff's credibility; (5) reevaluate Plaintiff's residual functional capacity; (6) obtain supplemental vocational expert testimony; and (7) complete the sequential evaluation process.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 20 day of May 2010.

*[signature]*
US District Court Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3858
Of Attorneys for Defendant

Page 2    ORDER AND JUDGMENT OF REMAND - [1:09-CV-582-CL]