WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
    Attorney for Plaintiff

FILED'10 AUG 20 13:18USDC-ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PEGGY MINK,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 09-582-CL

ORDER

Attorney fees in the amount of $6,600.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 20 day of August, 2010.

_____
United States District Judge

Submitted on August 19, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
    Attorney for Plaintiff

ORDER - Page 1